```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $22,366.00 IN U.S. CURRENCY,<br><br>            Defendant. | MISC. NO.05-00032 MCE JFM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

   It is hereby stipulated by and between the United States of America and claimants Faisal Rashid and Saima Iqbal Rasid ("Claimants"), by and through their respective attorney, as follows:

   1.  On December 9, 2004, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $22,366.00 in U.S. Currency (the "currency"), which was seized on or about September 15, 2004.

   2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person

1 to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2 and no person other than the Claimants have filed a claim to the
3 currency as required by law in the administrative forfeiture
4 proceeding.
5         3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6 required to file a complaint for forfeiture against the currency
7 and/or to obtain an indictment alleging that the currency is
8 subject to forfeiture within 90 days after a claim has been filed
9 in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12        4.   By Stipulation and Order filed March 11, 2005, the parties
13 stipulated to extend to June 9, 2005, the time in which the United
14 States is required to file a civil complaint for forfeiture against
15 the property and/or to obtain an indictment alleging that the
16 property is subject to forfeiture.
17        5.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
18 by agreement to further extend to August 9, 2005, the time in which
19 the United States is required to file a civil complaint for
20 forfeiture  against the currency and/or to obtain an indictment
21 alleging that the currency is subject to forfeiture.
22        6.   Accordingly, the parties agree that the deadline by which
23 the United States shall be required to file a complaint for
24 forfeiture against the currency and/or to obtain an indictment
25 ///
26 ///
27 ///
28 ///

1  alleging that the currency is subject to forfeiture shall be
2  extended to August 9, 2005.
3  DATED: 6/7/05                    McGREGOR W. SCOTT
                                    United States Attorney
4
5                                   /s/ Kymberly Smith
                                    KYMBERLY SMITH
6                                   Assistant U.S. Attorney
7
8
9  DATE: 6/7/05                     /s/ Clyde M. Blackmon
                                    CLYDE M. BLACKMON
10                                  Attorney for Claimants
11
12     **IT IS SO ORDERED.**
13
14 DATED: June 9, 2005
15
16
17                                  _____
                                    **MORRISON C. ENGLAND, JR**
18                                  **UNITED STATES DISTRICT JUDGE**

3