McGREGOR W. SCOTT
United States Attorney
KYMBERLY SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $22,366.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | MISC. NO.05-00032 MCE JFM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

　　It is hereby stipulated by and between the United States of America and claimants Faisal Rashid and Saima Iqbal Rasid ("Claimants"), by and through their respective attorney, as follows:

　　1.　On December 9, 2004, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $22,366.00 in U.S. Currency (the "currency"), which was seized on or about September 15, 2004.

　　2.　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person

1  to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the Claimants have filed a claim to the
3  currency as required by law in the administrative forfeiture
4  proceeding.
5       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
6  required to file a complaint for forfeiture against the currency
7  and/or to obtain an indictment alleging that the currency is
8  subject to forfeiture within 90 days after a claim has been filed
9  in the administrative forfeiture proceedings, unless the court
10 extends the deadline for good cause shown or by agreement of the
11 parties.
12      4.   By Stipulation and Order filed March 11, 2005, the parties
13 stipulated to extend to June 9, 2005, the time in which the United
14 States is required to file a civil complaint for forfeiture against
15 the property and/or to obtain an indictment alleging that the
16 property is subject to forfeiture.
17      5.   By Stipulation and Order filed June 10, 2005, the parties
18 stipulated to extend to August 9, 2005, the time in which the
19 United States is required to file a civil complaint for forfeiture
20 against the property and/or to obtain an indictment alleging that
21 the property is subject to forfeiture.
22      6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
23 by agreement to further extend to October 9, 2005, the time in
24 which the United States is required to file a civil complaint for
25 forfeiture  against the currency and/or to obtain an indictment
26 alleging that the currency is subject to forfeiture.
27 ///
28 ///

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to October 9, 2005.

DATED: 8/8/05                    McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kymberly Smith
                                 KYMBERLY SMITH
                                 Assistant U.S. Attorney




DATE: 8/9/05                     /s/ Clyde M. Blackmon
                                 CLYDE M. BLACKMON
                                 Attorney for Claimants

**IT IS SO ORDERED.**


Dated: August 15, 2005


                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE

3