McGREGOR W. SCOTT
United States Attorney
KYMBERLY SMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $22,366.00 IN U.S. CURRENCY,<br><br>Defendant. | MISC. NO.05-00032 MCE JFM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and claimants Faisal Rashid and Saima Iqbal Rasid ("Claimants"), by and through their respective attorney, as follows:

1. On December 9, 2004, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $22,366.00 in U.S. Currency (the "currency"), which was seized on or about September 15, 2004.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimants have filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to

1  forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings,
2  unless the court extends the deadline for good cause shown or by agreement of the parties.
3       4. By Stipulation and Order filed March 11, 2005, the parties stipulated to extend to June 9,
4  2005, the time in which the United States is required to file a civil complaint for forfeiture against
5  the property and/or to obtain an indictment alleging that the property is subject to forfeiture.
6       5. By Stipulation and Order filed June 10, 2005, the parties stipulated to extend to August 9,
7  2005, the time in which the United States is required to file a civil complaint for forfeiture against
8  the property and/or to obtain an indictment alleging that the property is subject to forfeiture.
9       6. By Stipulation and Order filed August 16, 2005, the parties stipulated to extend to October
10 9, 2005, the time in which the United States is required to file a civil complaint for forfeiture against
11 the property and/or to obtain an indictment alleging that the property is subject to forfeiture.
12      7. By Stipulation and Order filed October 17, 2005, the parties stipulated to extend to
13 January 9, 2006, the time in which the United States is required to file a civil complaint for forfeiture
14 against the property and/or to obtain an indictment alleging that the property is subject to forfeiture.
15      8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
16 to March 9, 2006, the time in which the United States is required to file a civil complaint for
17 forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to
18 forfeiture.
19      9. Accordingly, the parties agree that the deadline by which the United States shall be
20 required to file a complaint for forfeiture against the currency and/or to obtain an indictment
21 alleging that the currency is subject to forfeiture shall be extended to March 9, 2006.

23 DATED: 1/3/06                McGREGOR W. SCOTT
                                United States Attorney

25                              /s/ Kymberly Smith
                                KYMBERLY SMITH
26                              Assistant U.S. Attorney

1  DATE: 1/3/06                              /s/ Clyde M. Blackmon
                                              CLYDE M. BLACKMON
2                                             Attorney for Claimants

3    **IT IS SO ORDERED.**

4

5  DATE: January 4, 2006

6

7

8                                            _____
                                              MORRISON C. ENGLAND, JR
9                                             UNITED STATES DISTRICT JUDGE